IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The Union Central Life Insurance Company, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv747 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Paul Arnold, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on October 15, 2010 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 4, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for dismissal of complaint with prejudice (Doc. 15) is **GRANTED.**  Plaintiff's complaint is **DISMISSED** with prejudice and this case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                                               ___s/Susan J. Dlott_____
                                                               Chief Judge Susan J. Dlott
                                                               United States District Court